In the Matter of the Application of the CITY OF YONKERS, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of Warburton Avenue.

M. E. D. CORPORATION et al., Respondents.

(Argued May 25, 1933; decided June 13, 1933.)

*Leonard G. McAneny,* Corporation Counsel (*J. Raymond Hannon* and *Morris L. Rosenwasser* of counsel), for appellant.

*William A. Walsh* and *Joseph J. McCann* for Louis A. Van Dyk et al., respondents.

*William J. Wallin, Charles J. Tobin* and *Richard Edie, 3rd,* for M. E. D. Corporation et al., respondents.

*John A. Wallace* for Wilfred F. Fuller et al., respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.